UNITED STATES DISTRICT COURT
FOR DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT A. DOANE,** ) | |
| ) | |
| Plaintiff ) | Civil Action No. 1:22-CV-10958-LTS |
| ) | |
| v. ) | |
| ) | |
| **ADVANCED MARKETING &** ) | |
| **PROCESSING, INC.,** ) | |
| ) | |
| Defendants ) | |

## NOTICE OF SETTLEMENT

The parties respectfully notify the Court that they have agreed in principle to settle the above-captioned matter. The parties now need to prepare, negotiate, and execute the written settlement agreement and consummate the settlement before this action can be dismissed. The parties respectfully request that they be given a period of forty-five (45) days to complete this process and file a stipulation of dismissal. Plaintiff is filing this Notice with Defendant's approval and permission.

Dated: December 9, 2022                    Respectfully submitted,

/s/ David Pastor_____
David Pastor (BBO #391000)
PASTOR LAW OFFICE, PC
63 Atlantic Avenue, 3d Floor
Boston, Massachusetts 02110
Telephone: (617) 742-9700
Facsimile: (617) 742-9701
Email: dpastor@pastorlawoffice.com

/s/ Richard B. Reiling_____
Richard B. Reiling (BBO # 629203)
BOTTONE/REILING
63 Atlantic Avenue, 3d Floor
Boston, Massachusetts 02110
Tel.: (617) 412-4291
Email: richard@bottonereiling.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the notice of electronic filing (NEF), and that paper copies will be sent to those indicated as non-registered participants on December 9, 2022.

/s/ David Pastor_____
David Pastor