# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **ROBERT A. DOANE** ) | |
| ) | |
| Plaintiff ) | Civil Action No. 1:22-CV-10958-LTS |
| ) | |
| v. ) | |
| ) | |
| **ADVANCED MARKETING &** ) | |
| **PROCESSING, INC.** ) | |
| ) | |
| Defendant ) | |

## STIPULATION OF DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that all claims in the above captioned action shall be dismissed with prejudice according to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own costs, expenses and attorneys' fees.

IT IS SO STIPULATED.

Respectfully Submitted,
ROBERT A. DOANE

By his attorneys

/s/ Richard B. Reiling
Richard B. Reiling, BBO #629203
BOTTONE | REILING
63 Atlantic Avenue, 3rd Floor
Boston, MA 02110
Telephone: 617.412.4291
Email: richard@bottonereiling.com

And


/s/ David Pastor
David Pastor, BBO # 391000
PASTOR LAW OFFICE, LLP
63 Atlantic Avenue, 3d Floor
Boston, MA 02110
Telephone: 617.742.9700
Email:  dpastor@pastorlawoffice.com

*Counsel for Plaintiff and the Class*

And

*/s/ Roy Taub*
GREENSPOON MARDER LLP
Jeffrey A. Backman
*Admitted pro hac vice*
Roy Taub
*Admitted pro hac vice*
200 East Broward Blvd., Suite 1800
Fort Lauderdale, FL  33301
Tel:  (954) 491-1120
Fax: (954) 213-0140
jeffrey.backman@gmlaw.com
alyson.mercier@gmlaw.com
roy.taub@gmlaw.com
cheryl.cochran@gmlaw.com


PARTRIDGE SNOW & HAHN LLP
Paul M. Kessimian (BBO #660306)
Daniel J. Marran (BBO #691898)
28 Union Street, Suite 500
New Bedford, MA 02740
(774) 206-8200
(774) 206-8100 FAX
pkessimian@psh.com
dmarran@psh.com


*Attorneys for Defendant
Advanced Marketing & Processing, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon counsel for Defendant, Roy Taub, Esq., Jeffrey A. Backman, Esq., Greenspoon Marder, LLP, 200 East Broward Boulevard, Ste. 1800, Fort Lauderdale, FL 33301 and Paul M. Kessimian, Esq., Partridge Snow & Hahn, LLP, 40 Westminster St., Ste. 1100, Providence, RI 029203 by way of E-Mail this 13th day of February, 2023.

/s/RICHARD B. REILING
RICHARD B. REILING BBO#: 629203
Attorney for Plaintiff